MARY F. BAXTER, Appellant, *v.* THE NEW YORK STATE
    MUTUAL BENEFIT ASSOCIATION, Respondent.
        SAME, Appellant, *v.* SAME, Respondent.
        SAME, Appellant, *v.* SAME, Respondent.

(Argued January 28, 1895; decided February 26, 1895.)

APPEALS from orders of the General Term of the Supreme Court in the fourth judicial department, made May 18, 1894, which reversed in each case an order of Special Term denying motion to vacate an attachment and which granted said motion.

*James Devine* for appellant.

*Louis Marshall* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.      _____